**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-6614**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OMAR ABDULLA ALI,

Defendant - Appellant.

———

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., Chief District Judge.  (CR-95-206-2, CA-98-981-1)

———

Submitted:  July 8, 1999            Decided:  July 16, 1999

———

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Omar Abdulla Ali, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Omar Abdulla Ali appeals the district court's order dismissing his 28 U.S.C.A. § 2255 (West Supp. 1999) motion. Ali's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Ali that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Ali failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Appellant has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2